830

No. 309. ANTHONY ET AL., DOING BUSINESS AS GRAY-DON ANTHONY LUMBER CO., *v.* LOUISIANA & ARKANSAS RAILWAY CO. C. A. 8th Cir. Certiorari denied. *Boyd Tackett* for petitioners. *William E. Davis* for respondent.

No. 310. DASTUGUE *v.* AMERICAN OIL CO. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Harry B. Kelleher* for respondent.

No. 312. KENNEDY, PRESIDENT OF BROTHERHOOD OF RAILROAD TRAINMEN, ET AL. *v.* LONG ISLAND RAIL ROAD CO. ET AL. C. A. 2d Cir. Certiorari denied. *Arnold B. Elkind* and *Herbert Zelenko* for petitioners. *Otto M. Buerger, James B. Donovan, Kenneth F. Burgess, Douglas F. Smith, Stuart S. Ball* and *Howard J. Trienens* for respondents.

No. 314. SCHILDHAUS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Arnold Schildhaus,* petitioner, *pro se. Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.

No. 315. AUSTIN COMPANY *v.* UNITED STATES. Court of Claims. Certiorari denied. *Leward C. Wykoff, Thomas V. Koykka* and *Edward C. Adkins* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States.

No. 317. MCKEE, TRUSTEE IN BANKRUPTCY, *v.* GREAT AMERICAN INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied. *Carl V. Wisner, Jr.* for petitioner. *John W. Fleming* for Great American Insurance Co., and *B. E. Hendricks* for American Casualty Co., respondents.